JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN FRANDSEN,<br><br>        Petitioner,<br><br>  v.<br><br>RAYTHEL FISHER, Warden,<br><br>        Respondent. | Case No. CV 20-9413-JVS(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: May 28, 2024

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE